IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:21-MJ- 358 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| DERRELL A. THORPE, | ) | Court Date: October 25, 2021 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 17, 2021, at Marine Corps Base, Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, DERRELL A. THORPE, did unlawfully carry about his person, hidden from common observation, a 9mm pistol.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-308(i), 1950, as amended)

Respectfully Submitted,

Jessica D. Aber
United States Attorney

_____
Colin P. Norton
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this __19__ day of October 2021 to the defendant's home of record.

By: _____
Colin P. Norton
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Colin.norton@usdoj.gov